DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**E.L.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1270

[January 22, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 50-2024-CJ-001755-XXXA-MB.

Daniel Eisinger, Public Defender, and Narine Austin, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and LOTT, JJ., concur.

* * *

***Not final until disposition of timely-filed motion for rehearing.***